# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ARIANNE SOTO, et al.,**<br>    Plaintiff<br><br>v.<br><br>**VMLY&R**<br>    Defendant | **Civil No. 20-1713 (ADC)** |

## **JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on August 2, 2021.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 2nd day of August 2021.

                                              MARIA ANTONGIORGI-JORDAN, ESQ.
                                              Clerk of the Court


                                              By: <u>S/Sarah V. Ramón</u>
                                                  Sarah V. Ramón, Deputy Clerk